NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAIN-MIECELL I. ROBERSON,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2026-1666

---

Petition for review of the Merit Systems Protection Board in No. PH-1221-24-0083-W-1.

---

## ON MOTION

---

Before LOURIE, PROST, and REYNA, *Circuit Judges*.

PER CURIAM.

### O R D E R

The Merit Systems Protection Board moves unopposed to waive Federal Circuit Rule 27(f) and for remand "for the administrative judge to clearly and correctly articulate the legal standards applied and, if necessary, to provide [Jain-Miecell I.] Roberson an opportunity to submit additional briefing." ECF No. 15 at 6.

It is within this court's discretion to remand to allow the agency to reconsider its previous position. *See SKF USA Inc. v. United States*, 254 F.3d 1022, 1029 (Fed. Cir. 2001). Without drawing any conclusions regarding the merits of the parties' arguments, the court agrees that remand here could preserve party and judicial resources.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The matter is remanded for further proceedings consistent with this order and the motion.

(2) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 12, 2026
          Date

ISSUED AS A MANDATE: August 12, 2026